**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION**

| | |
|---|---|
| COLBY MATTSSON, | ) NO. CV 17-02273-PA (AS) |
|           Petitioner, | ) |
|       v. | ) **JUDGMENT** |
| DEAN BORDERS, Warden, | ) |
|           Respondent. | ) |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: May 31, 2018.

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE